William F. Reilly, Respondent, v. William M. Barrett, as President of the Adams Express Company, Appellant.— Judgment and order affirmed,

with costs. The sufficiency of the supplemental answer was necessarily involved in the previous decision of this case. (See *Reilly* v. *Barrett*, 163 App. Div. 922.) Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.